**Opinion issued August 6, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00199-CV

_____

**JUSTINE BURKS, Appellant**

**V.**

**SPCP EASTON VILLAGE OWNER LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1219934**

---

## MEMORANDUM OPINION

Appellant, Justine Burks, proceeding pro se, filed a notice of appeal from the trial court's March 4, 2024 final judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The record in this appeal was due on or before May 3, 2024. On March 12, 2024, the court reporter notified the Court that no record was taken in the case. The clerk's record was filed on May 1, 2024. Accordingly, appellant's brief was due to be filed on or before May 31, 2024. *See* TEX. R. APP. P. 38.6(a).

Appellant did not file an appellant's brief by that deadline. On June 17, 2024, the Clerk of this Court notified appellant that this appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.